United States District Court
Southern District of Texas
**ENTERED**
April 08, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DOMONIQUE COLE,<br>　　　Plaintiff,<br><br>v.<br><br>HUNTLEIGH USA CORPORATION,<br>　　　Defendant. | §<br>§<br>§<br>§　CIVIL ACTION NO. 4:19-CV-816<br>§<br>§<br>§<br>§ |

## ORDER

　　The Plaintiff did not respond to the Defendant's Motion for Summary Judgment (Doc. No. 33) and it argued that she had abandoned her lawsuit. The Court, in order to give her every chance, instead of granting the summary judgment or dismissing the case as the Defendant requested, entered a Show Cause Order (Doc. No. 36)—effectively putting Plaintiff on notice that the Court would dismiss her case if she did not show cause by March 10, 2021 why it should not take that action. She has not complied with this order either and the time to do so has long passed.

　　This case is hereby dismissed.

　　SIGNED at Houston, Texas this 8th day of April, 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Andrew S. Hanen
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1